PROB 12C
(7/93)

Report Date: January 6, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Renee Lynn Shore | Case Number: 2:13CR00101-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99217 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: May 20, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 17, 2014 |
| Defense Attorney: | Meredith Esser | Date Supervision Expires: October 16, 2017 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/23/2015, 08/13/2015, 11/10/2015, 11/19/2015, and 12/04/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about December 7, 2015, by failing to appear at Alcohol Drug Education Prevention and Treatment (ADEPT) for a random urinalysis test as directed. |
| 10 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about December 25, 2015, and January 1, 2016, by consuming a controlled substance, marijuana. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/06/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/6/2016

Date