PROB 12C
(7/93)

Report Date: December 4, 2015

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2015

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Renee Lynn Shore | Case Number: 0980 2:13CR00101-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99216 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge | |
| Date of Original Sentence: May 20, 2014 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: George J. C. Jacobs, III | Date Supervision Commenced: October 17, 2014 |
| Defense Attorney: Meredith B. Esser | Date Supervision Expires: October 16, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on July 24, August 14, November 10 and 19, 2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about November 30, 2015, by failing to appear at Alcohol Drug Education Prevention and Treatment (ADEPT) for a random urinalysis test as directed. |
| 8 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane,  Washington, on or about November 25, 26, and 27, 2015, by consuming a controlled substance, marijuana.<br><br>On December 2, 2015, Ms. Shore reported to the U.S. Probation Office and signed a drug use admission form admitting to marijuana use on November 25, 26, and 27, 2015. |

Prob12C
Re: Shore, Renee Lynn
December 4, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/04/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/4/2015
Date