PROB 12C
(7/93)

Report Date: November 10, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 10, 2015
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renee Lynn Shore    Case Number: 2:13CR00101-RMP-1

Address of Offender: [redacted] Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 6 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: George J. C. Jacobs, III    Date Supervision Commenced: October 17, 2014

Defense Attorney: Meredith Esser    Date Supervision Expires: October 16, 2017

---

**PETITIONING THE COURT**

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2015 and 08/14/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3, 4, and 5 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:**

Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about October 7 and November 9, 2015, by failing to appear at Alcohol Drug Education Prevention and Treatment (ADEPT) for a random urinalysis test as directed.

Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about October 14, 2015, by failing to provide a urine specimen as directed, in the U.S. Probation Office.

Renee Shore violated the terms of her supervised release in Spokane Washington, on or about September 26 through approximately October 13, 2015. On October 15, 2015, Ms, Shore reported to the U.S. Probation Office and signed a drug use admission form admitting to marijuana use on October 13, 2015. She later advised that she was consuming marijuana daily from September 26 to October 13, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/10/2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/10/2015

Date