PROB 12C
(7/93)

Report Date:  November 19, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renee Lynn Shore        Case Number: 2:13CR00101-RMP-1

Address of Offender: ███████████████ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 6 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     George J. C. Jacobs, III    Date Supervision Commenced: October 17, 2014

Defense Attorney:        Meredith B. Esser           Date Supervision Expires: October 16, 2017

## PETITIONING THE COURT

　　　　To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 10, August 14, and July 24, 2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about November 10, 2015, by consuming marijuana.  A drug use admission form was signed by Ms. Shore on November 13, 2015. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 19, 2015

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Shore, Renee Lynn**
**November 19, 2015**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____
                11/19/2015

Date