PROB 12C
(7/93)

Report Date:  April 7, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Renee Lynn Shore          Case Number: 2:13CR00101-RMP-1

Address of Offender: ███████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense:        Felon In Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 17, 2014 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: October 16, 2017 |

## PETITIONING THE COURT

        To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23/2015, 08/13/2015, 11/10/2015, 11/19/2015, 12/04/2015, 1/6/2016, and 3/7/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about March 28 and April 5, 2016, by failing to report to the U.S. Probation Office as directed. |
| 18 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about April 4, 2016, by failing to attend treatment at Frontier Behavioral Health. |

19          **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:   Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about March 26, though on or about April 4, 2016, by consuming a controlled substance, marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/07/2016
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Rosanna Malouf Peterson_
_____
Signature of Judicial Officer

4/8/16
_____
Date