PROB 12C
(7/93)

Report Date: May 5, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renee Lynn Shore        Case Number: 0980 2:13CR00101-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense:    Felon In Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison 6 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: George J. C. Jacobs, III    Date Supervision Commenced: October 17, 2014

Defense Attorney:    Colin Prince                Date Supervision Expires: October 16, 2017

### PETITIONING THE COURT

      To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23/2015, 08/13/2015, 11/10/2015, 11/19/2015, 12/04/2015, 01/06/2016, 03/07/2016 and 04/07/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 20 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release in Spokane, Washington, on or about April 25, 2016, by failing to report to the probation office as directed. |
| 21 | **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release by failing to attend mental health treatment on or about April 11 and 25, 2016. |

**Re: Shore, Renee Lynn**
**May 5, 2016**
**Page 2**

| | | |
|---|---|---|
| | 22 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about April 17, 2016, by being unsuccessfully discharged from inpatient treatment at Spokane Addiction Recovery Centers (SPARC).

    23    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about April 20, 2016, by consuming a controlled substance, marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

May 5, 2016
Date