PROB 12C
(6/16)

Report Date:  July 12, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renee Lynn Shore                    Case Number: 0980 2:13CR00101-RMP-1

Address of Offender: ███████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 20, 2014

Original Offense:        Felon In Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 6 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     George J. C. Jacobs, III       Date Supervision Commenced: October 17, 2014

Defense Attorney:        Colin Prince                   Date Supervision Expires: October 16, 2017

## PETITIONING THE COURT

**To issue a Warrant:**

        **Please incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23, 08/13, 11/10, 11/19 and 12/04/2015, 01/06, 03/07, 04/07, and 05/05/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 24 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about June 24, 2016, by being cited for third degree driving on a suspended license, failure to have liability insurance and failure to renew expired registration. |
| 25 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about June 24, 2016, by failing to report law enforcement contact to the undersigned United States Probation Officer (USPO) as required. |

26    **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

   **Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about July 5, 2016, and since that date, by failing to report to the undersigned USPO as required.

27    **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

   **Supporting Evidence**: Renee Shore violated the terms of her supervised release on or about June 17, 2016, by failing to attend mental health treatment through Frontier Behavioral Health.

28    **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

   **Supporting Evidence**: Renee Shore violated the terms of her supervised release by failing to attend substance abuse treatment on or about June 7, 14 and 21, 2016.

29    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Renee Shore violated the terms of her supervised release by failing to appear for a random urinalysis test at Alcohol Drug Education Prevention Treatment, Inc. on or about June 28 and July 7, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Shore, Renee Lynn**
**July 12, 2016**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[ X ]    Defendant to appear before the Judge assigned to the
          case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

                                  7/13/2016
_____
Date